1   MANUELA ALBUQUERQUE, City Attorney    SBN 67464
    MATTHEW J. OREBIC, Deputy City Attorney    SBN 124491
2   MOrebic@ci.berkeley.ca.us
    2180 Milvia Street, Fourth Floor
3   Berkeley, CA 94704
    TEL.:  (510) 981-6950
4   FAX.:  (510) 981-6960

5   Attorneys for Defendants Sgt. T. Curtin,
    Officer G. Pon, Officer J. Luna,
6   Officer K. DeBlasi, and Sgt. J. Louis

7

8           SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

9             RENE C. DAVIDSON COUNTY COURTHOUSE

10

11  **FRANK CISNEROS, BEATRICE**          **NO.  RG 07 321085**
    **CISNEROS, and KASI CISNEROS,**
                                          **NOTICE OF REMOVAL TO FEDERAL**
12              Plaintiffs,               **COURT**

13  v.

14  **SERGEANT T. CURTIN, DETECTIVE G.**
    **PON, OFFICER J. LUNA, OFFICER K.**
15  **DEBLASI, OFFICER J. LOUIS, OFFICER**
    **R. ONCIANO, and DOES 1 through 50,**

16              Defendants.

17  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18          On May 29, 2007, defendants Sgt. T. Curtin, Officer G. Pon (sued herein as Detective G.

19  Pon), Officer J. Luna, Officer K. DeBlasi, and Sgt. J. Louis (sued herein as Officer J. Louis) filed

20  in the USDC for the Northern District of California a Petition for Removal of this case pursuant

21  to 28 U.S.C. §1441.  A correct copy of the Petition for Removal is attached as Exhibit A.

22          PLEASE TAKE NOTICE that under 28 U.S.C. §1446, due to the Petition for Removal,

23  this Court can no longer proceed in this action, unless and until the action is remanded.

24  Dated:  May 29, 2007                MANUELA ALBUQUERQUE, City Attorney
                                        MATTHEW J. OREBIC, Deputy City Attorney
25

26                          By:    _____/s/_____
27                                 MATTHEW J. OREBIC, Attorneys for
                                   Defendants Sgt. T. Curtin, Officer G. Pon, Officer
28                                 J. Luna, Officer K. DeBlasi, and Sgt. J. Louis