MANUELA ALBUQUERQUE, City Attorney   SBN 67464
MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
MOrebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960

Attorneys for Defendants Sgt. T. Curtin
Officer G. Pon, Officer J. Luna,
Officer K. DeBlasi, and Sgt. J. Louis

**SUPERIOR COURTS OF ALAMEDA COUNTY, CALIFORNIA**

**RENE C. DAVIDSON COUNTY COURTHOUSE**

| | |
|---|---|
| **FRANK CISNEROS; BEATRICE CISNEROS; KASI CISNEROS,**<br><br>Plaintiffs,<br><br>v.<br><br>**SERGEANT T. CURTIN, DETECTIVE G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, OFFICER R. ONCIANO, and DOES 1 through 50,**<br><br>Defendants. | NO. RG 07 321085<br><br>**ANSWER OF DEFENDANTS SGT. T. CURTIN, OFFICER G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI AND SGT. J. LOUIS TO PLAINTIFFS' UNVERIFIED COMPLAINT** |

Defendants Sgt. T. Curtin, Officer G. Pon (sued herein as Detective G. Pon), Officer J. Luna, Officer K. DeBlasi, and Sgt. J. Louis (sued herein as Officer J. Louis) answer plaintiffs' unverified Complaint by generally denying each and every allegation contained therein pursuant to California Code of Civil Procedure Section 431.30.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint, and each cause of action therein, fail to state sufficient facts to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs were negligent, reckless and careless in and about the matters alleged in the Complaint, and such negligence, recklessness and carelessness was the sole and/or contributing proximate cause of the injuries and damages, if any there were. Therefore, plaintiffs are either

barred from any recovery, or any recovery awarded must be reduced in proportion to the amount that plaintiffs' conduct contributed to the alleged damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' injuries and damages, if any there were, were not caused by any improper act by defendant, but by other persons beyond the control of this answering defendant.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' actions were privileged under applicable statutes and case law.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' state law claims barred by California Government Code sections 815, 815.2, 818, 818.8, 820.2, 820.4, 820.6, 820.8, 821.6, 822.2, 845.2, 845.4, 845.6, and California Penal Code sections 834a, 835, 835a, and 847.

### SIXTH AFFIRMATIVE DEFENSE

Defendants' actions were undertaken with the reasonable belief that said actions were valid and constitutionally proper, and that therefore, defendants' are entitled to immunity.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any there were.

### EIGHT AFFIRMATIVE DEFENSE

The statute of limitations under Government Code section 945.6(a) (1) and Code of Civil Procedure section 342 bars plaintiffs' state law claims.

WHEREFORE, defendants pray that:

1. the Court give judgment for defendants;
2. the Court award defendants costs of suit herein incurred;
3. that plaintiffs take nothing by their Complaint; and
4. for such other and further relief as the Court may deem proper.

Dated:  May 29, 2007        MANUELA ALBUQUERQUE, City Attorney
                            MATTHEW J. OREBIC, Deputy City Attorney

                    By:     /s/
                            MATTHEW J. OREBIC, Attorneys for
                            Defendants Sgt. T. Curtin, Officer G. Pon, Officer
                            J. Luna, Officer K. DeBlasi, and Sgt. J. Louis