1  MANUELA ALBUQUERQUE, City Attorney    SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2  MOrebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendants Sgt. T. Curtin
   Officer G. Pon, Officer J. Luna,
6  Officer K. DeBlasi, and Sgt. J. Louis

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** Plaintiffs, v. **SERGEANT T. CURTIN, DETECTIVE G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, OFFICER R. ONCIANO, and DOES 1 through 50,** Defendants. | NO. C 07-02788 JCS **CERTIFICATE OF SERVICE** **[Order Setting Initial Case Management, ECF Registration Information, etc.]** |

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 2180 Milvia Street, Fourth Floor, Berkeley, California 94704. On this date, I served the following document(s):

**1) ECF Registration Information Handout**
**2) Order Setting Initial Case Management Conference and ADR Deadlines**
**3) Handbook "Dispute Resolution Procedures in the Northern District of California,"**
**4) Notice of Assignment of Case to a United States Magistrate Judge for Trial**
**5) Welcome to the U.S. District Court, San Francisco Notice**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

1  John E. Hill  (Attorneys for Plaintiffs)
   Law Offices of John E. Hill
2  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
3  johnhill@hill-law-offices.com
   Fax:  (510) 588-1087
4

5  __X__:   By First Class Mail - I am readily familiar with the firms' practice for collection and processing of correspondence for mailing.  Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Berkeley, California, for mailing to the office of the addressee following ordinary business practices.

6

7

8  ____:   By Personal Service - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

9

10 ____:   By Overnight Courier - I caused each such envelope to be given to an overnight mail service at Berkeley, California, to be hand delivered to the office of the addressee on the next business day.

11

12 ____:   By Facsimile - I caused each such documents to be transmitted to the office of the addressee following ordinary business practices in compliance with applicable rules of civil procedure and rules of court.

13

14     I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 31, 2007, at Berkeley, California.

15

16                                                    _____/s/_____
                                                     JOANNA K. RUDY
17

18

19

20

21

22

23

24

25

26

27

28

2
CERTIFICATE OF SERVICE [Order Setting Initial CMC, ECF Registration, etc.]
C 07-02788 JCS