UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK CISNEROS, et al.,

        Plaintiff(s),

    v.

SERGEANT T. CURTIN, et al.,

        Defendant(s).
_____/

No. C 07-02788 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 15, 2007

Matthew J. Orebic     /s/
Signature

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")

Sgt. T. Curtin, Officer G. Pon, Officer J. Luna, Officer K. DeBlasi, and Sgt. J. Louis