JOHN E. HILL (NO. 45338)
LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION
8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone : (510) 588-1000
Facsimile:  (510) 729-6333

Attorneys for Plaintiffs
FRANK CISNEROS; BEATRICE CISNEROS;
and KASI CISNEROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS<br><br>Plaintiffs,<br><br>vs.<br><br>SERGEANT T. CURTIN, DETECTIVE G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, OFFICER R. OCIANO, and DOES 1 through 50,<br><br>Defendants | No. C 07-02788 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgement. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  July 26, 2007

Signature   John E. Hill

**Counsel for** Frank Cisneros
(Plaintiff)

Cisneros v Curtin et al                1                Consent To Proceed Before A United States Magistrate Judge

**PROOF OF ELECTRONIC SERVICE**

I declare under penalty of perjury that the foregoing is true and correct:

I am a citizen of the United States over the age of eighteen years, employed in the City and County of Alameda, California, and not a party to the within entitled cause; my business address is 8105 Edgewater Drive, Suite 100, Oakland, California.

On July 26, 2007 I served the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the interestyed party(ies) in said cause, by causing an electronic delivery subject to 28 U.S.C. § 1746, Local Rules or General Orders of this Court regarding Electronic Case Filing addressed as follows:

| | |
|---|---|
| Manuela Albuquerque, City Attorney<br>Matthew J. Orebic, Deputy City Attorney<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA. 94704<br>Tel: (510) 981-6950<br>Fax: (510) 981-6960 | Attorneys for Defendant<br>Sergeant T. Curtin<br>Detective G. Pon<br>Officer J. Luna<br>Officer K. Deblasi<br>Officer J. Loius<br>Officer R. Ociano |

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on July 26, 2007 at Oakland, California.

*Jerry W. Huntley*

**Jerry W. Huntley**