Case 3:07-cv-02788-JCS    Document 13    Filed 08/28/2007    Page 1 of 2

1  JOHN E. HILL, State Bar Number 45338
   LAW OFFICES OF JOHN E. HILL,
2  A Professional Corporation
   8105 Edgewater Drive, Suite #100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Fax: (510) 588-1087

5  Attorney for PLAINTIFFS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN FRANCISCO DIVISION
10

11
                                                    )    Case No. C 07-02788 JCS
12  FRANK CISNEROS, KASI CISNEROS,                  )
    and BEATRICE CISNEROS,                          )
13                          Plaintiffs,             )    STIPULATION TO FILE AMENDED
                                                    )    COMPLAINT
14  vs.                                             )
                                                    )
15  SEARGEANT T. CURTIN, DETECTIVE                  )
    G. PON, OFFICER J. LUNA, OFFICER K.             )
16  DEBLASI, OFFICER J. LOUIS, and                  )
    OFFICER F.R. ONCIANO,                           )
17                          Defendants.             )
                                                    )
18                                                  )
                                                    )
19

20

21       It is hereby stipulated between the parties that plaintiffs herein may file an amended

22  complaint adding the claims made in *Frank Cisneros, Kasi Cisneros and Beatrice Cisneros vs.*

23  *City of Berkeley, Alameda County Superior Court #RG06 281589.* Parties agree that the

24  amended complaint will be deemed to have been filed as of the date that the Alameda County

25  complaint was filed for purposes statute of limitations. Further, once the amended complaint

26  //

27

28  ─────────────────────────────────────────────────────
                                    1    STIPULATION TO FILE AMENDED
                                         COMPLAINT

1  is filed, plaintiff will dismiss the Alameda County case.
2        Additionally, the parties stipulate that the answer filed on May 29, 2007 and August 8,
3  2007 shall be deemed to serve as the answers to the First Amended Complaint.

5        I agree to the foregoing Stipulation.

8                                                         MANUELA ALBUQUERQUE, City Attorney
                                                          MATTHEW J. OREBIC, Deputy City Attorney

10  Dated:                                                By_____
11                                                        MATTHEW J. OREBIC
                                                          Attorney for Defendants, Sgt. T. Curtin,
12                                                        Officer G. Pon, Officer Ociano, Officer K.
                                                          Deblasi, Officer F. Onciano and Sgt. J.
13                                                        Louis

15        I agree to the foregoing Stipulation

17  Dated:                                                LAW OFFICES OF JOHN E. HILL, A
                                                          Professional Corporation

19                                                        By _____
                                                          JOHN E. HILL
20                                                        Attorney for PLAINTIFFS FRANK
                                                          CISNEROS, KASI CISNEROS and
21                                                        BEATRICE CISNEROS

---

2    STIPULATION TO FILE AMENDED
     COMPLAINT