1  John E. Hill (SBN 45338)
   LAW OFFICES OF JOHN E. HILL
2  E-mail: johnhill@hill-law-offices.com
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Phone: (510) 588-1000
4  Fax: (510) 588-1087

5  Attorneys for Plaintiffs FRANK CISNEROS,
   BEATRICE CISNEROS, AND KASI CISNEROS
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 (SAN FRANCISCO DIVISION)

11

| FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,<br><br>Plaintiffs,<br><br>v.<br><br>SGT. T. CURTIN, DET. G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, OFFICER R. ONCIANO, and DOES 1 through 50,<br><br>Defendants. | Case No. C 07-02788 (JCS)<br><br>STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
|---|---|

                        STIPULATION

    IT IS HEREBY STIPULATED BETWEEN the parties that plaintiffs herein may file the attached First Amended Complaint (FAC) adding the claims made in a currently pending tandem state court lawsuit entitled, *Frank Cisneros, Kasi Cisneros and Beatrice Cisneros vs City of Berkeley, Alameda County Superior Court #RG06 281589*. The FAC consolidates this lawsuit against the individual police officer defendants (filed on April 17, 2007) with the tandem state court lawsuit (filed on July 28, 2006) against the City of Berkeley (arising out of the same incident). Therefore, the parties hereby agree that for the purposes of the statute of limitations, the attached FAC will be deemed to have been filed as of (1) July 28, 2006 as to the City, and (2)

                                1
STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT – Case No C07-02788 JCS

1  April 17, 2007 as to the individual officer defendants. Further, once the FAC is filed, plaintiffs
2  hereby agree to dismiss the tandem state court case pending in Alameda County.
3      Additionally, the parties stipulate that the answers filed on May 29, 2007 and August 8,
4  2007 in this case and the answer filed in the tandem state court case shall be deemed to serve as
5  the answers to the First Amended Complaint in this case.
6      I agree to the foregoing Stipulation.

MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated: August 27, 2007.      By_____/s/_____
                             Matthew J. Orebic
                             Attorney for Defendants SGT. T. CURTIN,
                             OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
                             DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

I agree to the foregoing Stipulation

LAW OFFICES OF JOHN E. HILL

Dated: August 27, 2007.      By_____/s/_____
                             John E. Hill
                             Counsel for Plaintiffs FRANK CISNEROS,
                             BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                             _____
                             JOSEPH C. SPERO
                             United States District Judge

2

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT – Case No. C07-02788 JCS