1   John E. Hill (SBN 45338)
    LAW OFFICES OF JOHN E. HILL
2   E-mail: johnhill@hill-law-offices.com
    8105 Edgewater Drive, Suite 100
3   Oakland, CA 94621
    Phone: (510) 588-1000
4   Fax: (510) 588-1087

5   Attorneys for Plaintiffs FRANK CISNEROS,
    BEATRICE CISNEROS, AND KASI CISNEROS

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11

12   **FRANK CISNEROS, BEATRICE**          Case No.  C 07-02788 (JCS)
     **CISNEROS, and KASI CISNEROS,**
13                                         STIPULATION AND ORDER TO FILE FIRST
                              Plaintiffs.  AMENDED COMPLAINT
14   v.

15   **SGT. T. CURTIN, DET. G. PON,**
     **OFFICER J. LUNA, OFFICER K.**
16   **DEBLASI, OFFICER J. LOUIS,**
     **OFFICER R. ONCIANO, and DOES 1**
17   **through 50,**

18                             Defendants.

19                              STIPULATION

20        IT IS HEREBY STIPULATED BETWEEN the parties that plaintiffs herein may file the

21   attached First Amended Complaint (FAC) adding the claims made in a currently pending tandem

22   state court lawsuit entitled, *Frank Cisneros, Kasi Cisneros and Beatrice Cisneros vs  City of*

23   *Berkeley, Alameda County Superior Court  #RG06 281589*. The FAC consolidates this lawsuit

24   against the individual police officer defendants (filed on April 17, 2007) with the tandem state

25   court lawsuit (filed on July 28, 2006) against the City of Berkeley (arising out of the same

26   incident). Therefore, the parties hereby agree that for the purposes of the statute of limitations,

27   the attached FAC will be deemed to have been filed as of (1) July 28, 2006 as to the City, and (2)

28                                           1

1   April 17, 2007 as to the individual officer defendants  Further, once the FAC is filed, plaintiffs

2   hereby agree to dismiss the tandem state court case pending in Alameda County.

3       Additionally, the parties stipulate that the answers filed on May 29, 2007 and August 8,

4   2007 in this case and the answer filed in the tandem state court case shall be deemed to serve as

5   the answers to the First Amended Complaint in this case

6       I agree to the foregoing Stipulation.

7                               MANUELA ALBUQUERQUE, CITY ATTORNEY
                                MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY
8

9
    Dated:    August 27, 2007.        By_____ /s/ _____
10                                    Matthew J. Orebic
                                      Attorney for Defendants SGT. T. CURTIN,
11                                    OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
                                      DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS
12

13

14

15  I agree to the foregoing Stipulation

16                               LAW OFFICES OF JOHN E. HILL

17

18  Dated:    August 27, 2007.        By_____ /s/ _____
                                      John E. Hill
19                                    Counsel for Plaintiffs FRANK CISNEROS,
                                      BEATRICE CISNEROS, AND KASI CISNEROS
20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22
    Dated: _____
23

24

25                                   _____
                                     JOSEPH C. SPERO
                                     United States District Judge
26

27

28                                            2

STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT ~ Case No. C07-02788 JCS