# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-02788 JCS**

**CASE NAME: FRANK CISNEROS, ET AL v. SERGEANT T. CURTIN, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 31, 2007   **TIME: 15 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** Michael Guta | **COUNSEL FOR DEFENDANT:** Matthew Orebic |

**PROCEEDINGS:**                                                         **RULING:**

1. Initial Case Management Conference                         Held.

___

**ORDERED AFTER HEARING:**
Case shall be referred to the Court's ADR program for Mediation, to occur within 90 days.
Parties shall meet-and-confer and submit a proposed stipulated schedule for discovery deadlines.
So ordered that the inspection of the site, set for 9/18/7, remain in effect and adopted the state court subpoena as a federal subpoena for production of medical records.
___

**ORDER TO BE PREPARED BY:**        ( ) Plaintiff        ( ) Defendant        (X) Court

**CASE CONTINUED TO:**    11/30/07 at 1:30 p.m., for a further case mgmt conference.

___

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** 2/29/8 at 9:30 a.m. | | **Pretrial Conference:** 4/25/08 at 1:30 p.m. |

**Trial Date:** 05/05/08 at 8:30 a.m.  (X)Jury    ( )Court    Set for 4-5 days
___

cc:     **Chambers; Karen**, ADR
\* (T) = Telephonic Appearance