# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTE ORDER

**CASE NO.  C 07-02788 JCS**

**CASE NAME: FRANK CISNEROS, ET AL v. SERGEANT T. CURTIN, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 31, 2007    **TIME: 15 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Michael Guta | **COUNSEL FOR DEFENDANT:**<br>Matthew Orebic |

**PROCEEDINGS:**                                                                 **RULING:**

1. Initial Case Management Conference                            Held.

___

**ORDERED AFTER HEARING:**
Case shall be referred to the Court's ADR program for Mediation, to occur within 90 days.
Parties shall meet-and-confer and submit a proposed stipulated schedule for discovery deadlines.
So ordered that the inspection of the site, set for 9/18/7, remain in effect and adopted the state court subpoena as a federal subpoena for production of medical records.
An updated joint case management conference statement shall be due by 11/28/7.
___

**ORDER TO BE PREPARED BY:**        () Plaintiff        () Defendant        (X) Court

**CASE CONTINUED TO:**   11/30/07 at 1:30 p.m., for a further case mgmt conference.
___

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing: 2/29/8 at 9:30 a.m. | | Pretrial Conference:  4/25/08 at 1:30 p.m. |

**Trial Date:**   05/05/08 at 8:30 a.m.  (X)Jury    ()Court    Set for 4-5 days
___

**cc:**      **Chambers; Karen**, ADR
* (T) = Telephonic Appearance