# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Cisneros, <br><br> Plaintiff(s), <br><br> v. <br><br> Curtin, <br><br> Defendant(s). | 07-02788 JCS MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James V. Fitzgerald**
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596
925-939-5330

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 14, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02788 JCS MED                  - 2 -