1  John E. Hill (SBN 45338)
   LAW OFFICES OF JOHN E. HILL
2  E-mail: johnhill@hill-law-offices.com
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 588-1087

5  Attorneys for Plaintiffs FRANK CISNEROS,
   BEATRICE CISNEROS, AND KASI CISNEROS
6

7  Manuela Albuquerque, City Attorney (SBN 67464)
   Matthew J. Orebic, Deputy City Attorney (SBN 124491)
8  E-mail:  MOrebic@ci.berkeley.ca.us
   BERKELEY CITY ATTORNEY'S OFFICE
9  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
10 Telephone: (510) 981-6950
   Facsimile:  (510) 981-6960
11
   Attorneys for Defendants SGT. T. CURTIN,
12 OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
   DEBLASI, OFFICER F. ONCIANO AND SGT. J. LOUIS
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 | FRANK CISNEROS, BEATRICE          | Case No. C07-02788 JCS
   | CISNEROS, and KASI CISNEROS,      |
18 |                                   |
   |                      Plaintiffs,  | STIPULATION AND ORDER TO EXTEND
19 |                                   | DATE FOR ADR, CONVERT MEDIATION
   |        v.                         | TO ENE, AND CONTINUE CASE
20 |                                   | MANAGEMENT CONFERENCE TO
   | SERGEANT T. CURTIN, DETECTIVE     | JANUARY 18, 2008
21 | G. PON, OFFICER J. LUNA, OFFICER  |
   | K. DEBLASI, OFFICER J. LOUIS,     |
22 | OFFICER R. ONCIANO, and DOES 1    |
   | through 50,                       |
23 |                                   | Complaint Filed: April 17, 2007
   |                      Defendants.  | Removed to Federal Court: May 29, 2007
24 |_____|

25                          **STIPULATION**

26   The parties hereby stipulate through there undersigned counsel that the ADR for this case

27 be converted from a mediation to an ENE, the last day to complete the ADR process be extended

28 from November 29, 2007 to January 11, 2008, and the next Case Management Conference be

---
1
STIPULATION AND ORDER TO EXTEND DATE FOR ADR, CONVERT MEDIATION TO ENE, ETC,
Case No C07-02788 JCS

1  continued from November 30, 2007 to January 18, 2008. The reasons for these requests are that
2  counsel had their phone conference with the Court-appointed mediator today, and due to the fact
3  that both plaintiffs' counsel and defense counsel are in trial during the week of November 26,
4  2007, it will not be possible to complete the ADR process by November 29, 2007. Additionally,
5  during the phone conference, the parties and the mediator agreed an ENE would be the better
6  ADR process, with the possibility of converting the ENE to a mediation, if the opportunity
7  arises. Since ADR cannot be completed by November 29, 2007, the parties request the next
8  CMC (scheduled for November 30, 2007) be continued to a date after ADR is completed. The
9  parties and the mediator agreed to conduct the ADR on January 3, 2008. Accordingly, the
10 parties request the Court order that:

- ADR for this case be converted from a mediation to an ENE with the possibility of conducting a mediation if the opportunity arises;

- The last day to complete the ADR process be extended from November 29, 2007 to January 11, 2008; and

- The next Case Management Conference be continued from November 30, 2007 to January 18, 2008.

MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated:    November 20, 2007.          By _____/s/_____
                                      Matthew J. Orebic
                                      Attorney for Defendants SGT. T. CURTIN,
                                      OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
                                      DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

LAW OFFICES OF JOHN E. HILL

Dated:    November 20, 2007.          By _____/s/_____
                                      John E. Hill
                                      Counsel for Plaintiffs FRANK CISNEROS,
                                      BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
Magistrate Judge