1   John E. Hill (SBN 45338)
    LAW OFFICES OF JOHN E. HILL
2   E-mail: johnhill@hill-law-offices.com
    8105 Edgewater Drive, Suite 100
3   Oakland, CA 94621
    Telephone: (510) 588-1000
4   Facsimile: (510) 588-1087

5   Attorneys for Plaintiffs FRANK CISNEROS,
    BEATRICE CISNEROS, AND KASI CISNEROS
6

7   Manuela Albuquerque, City Attorney (SBN 67464)
    Matthew J. Orebic, Deputy City Attorney (SBN 124491)
8   E-mail: MOrebic@ci.berkeley.ca.us
    BERKELEY CITY ATTORNEY'S OFFICE
9   2180 Milvia Street, Fourth Floor
    Berkeley, CA 94704
10  Telephone: (510) 981-6950
    Facsimile: (510) 981-6960
11

12  Attorneys for Defendants SGT. T. CURTIN,
    OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
    DEBLASI, OFFICER F. ONCIANO AND SGT. J. LOUIS
13

14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17  **FRANK CISNEROS, BEATRICE**          Case No. C07-02788 JCS
    **CISNEROS, and KASI CISNEROS,**
18
                            *Plaintiffs,*   STIPULATION AND ORDER TO EXTEND
19                                          DATE FOR ADR, CONVERT MEDIATION
                    *v.*                    TO ENE, AND CONTINUE CASE
20                                          MANAGEMENT CONFERENCE TO
    **SERGEANT T. CURTIN, DETECTIVE**       JANUARY 18, 2008
21  **G. PON, OFFICER J. LUNA, OFFICER**
    **K. DEBLASI, OFFICER J. LOUIS,**
22  **OFFICER R. ONCIANO, and DOES 1**
    **through 50,**
23                                          Complaint Filed: April 17, 2007
                            *Defendants.*   Removed to Federal Court: May 29, 2007
24  _____/

25                          **STIPULATION**

26      The parties hereby stipulate through there undersigned counsel that the ADR for this case

27  be converted from a mediation to an ENE, the last day to complete the ADR process be extended

28  from November 29, 2007 to January 11, 2008, and the next Case Management Conference be

                                    1
    ─────────────────────────────────────────────────────────────

1   continued from November 30, 2007 to January 18, 2008. The reasons for these requests are that

2   counsel had their phone conference with the Court-appointed mediator today, and due to the fact

3   that both plaintiffs' counsel and defense counsel are in trial during the week of November 26,

4   2007, it will not be possible to complete the ADR process by November 29, 2007. Additionally,

5   during the phone conference, the parties and the mediator agreed an ENE would be the better

6   ADR process, with the possibility of converting the ENE to a mediation, if the opportunity

7   arises. Since ADR cannot be completed by November 29, 2007, the parties request the next

8   CMC (scheduled for November 30, 2007) be continued to a date after ADR is completed. The

9   parties and the mediator agreed to conduct the ADR on January 3, 2008. Accordingly, the

10  parties request the Court order that:

- ADR for this case be converted from a mediation to an ENE with the possibility of conducting a mediation if the opportunity arises;

- The last day to complete the ADR process be extended from November 29, 2007 to January 11, 2008; and

- The next Case Management Conference be continued from November 30, 2007 to January 18, 2008.

MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated:   November 20, 2007.          By _____ /s/ _____
                                     Matthew J. Orebic
                                     Attorney for Defendants SGT. T. CURTIN,
                                     OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
                                     DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

                                     LAW OFFICES OF JOHN E. HILL.

Dated:   November 20, 2007.          By _____ /s/ _____
                                     John E. Hill
                                     Counsel for Plaintiffs FRANK CISNEROS,
                                     BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___November 26, 2007___

                                     _____
                                     JOSEPH C. SPERO
                                     Magistrate Judge

                                     Judge Joseph C. Spero

2