# LAW OFFICES OF JOHN E. HILL
## A PROFESSIONAL CORPORATION

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial
Advocacy
Accredited by State Bar of California

ATTORNEYS AT LAW

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
Facsimile (510) 588-1087
E-mail: johnhill@hill-law-offices.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (510)588-1087

Los Angeles Office
1112 - 11th Street, Suite 3
Santa Monica, CA 90403
Telephone (800)945-0250

January 11, 2008

Hon. Magistrate Judge Joseph C. Spero
United States District Court for the
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

RE: *Cisneros vs. Sgt. Curtin, et al., #C 07 02788 (JCS)*
Case Management Conference January 18, 2008 1:30 pm

Dear Magistrate Judge Spero:

    This letter is written for the purposes of seeking the Court's permission to allow my co-counsel in this matter Michael P. Guta to appear to the Case Management Conference scheduled on the above-mentioned date and time. Mr. Guta has been employed by my office for the past 20 years and is readily familiar with this action and will be prepared to answer whatever questions asked of this case. The reason that I cannot attend the conference is that I am scheduled to appear at an expert deposition in another matter for which trial is scheduled to commence on the 25th of January and I cannot re-schedule the expert deposition as I am informed that there is no other time before trial to do this deposition. I would be prepared to appear at a rescheduled Case Management Conference.

    Thank you for your courtesy.

Respectfully,

John E. Hill

JEH:jd
cc Matthew Orebic