# LAW OFFICES OF JOHN E. HILL
## A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| John E. Hill *<br>Daniel A. Stenson<br>Michael P. Guta<br>Ian M. Cooper<br>Mark J. Shostak<br>Inna Bimits<br>Joanne A. Helvig<br><br>Of Counsel<br>Melvin M. Belli (1907-1996)<br><br>*Certified Specialist: Civil Trial Advocate<br>Certified by National Board of Trial<br>Advocacy<br>Accredited by State Bar of California | ATTORNEYS AT LAW<br><br>8105 Edgewater Drive, Suite 100<br>Oakland, California 94621-2017<br><br>Telephone (510) 588-1000<br>Facsimile (510) 588-1087<br>E-mail: johnhill@hill-law-offices.com | San Francisco Office<br>747 Leavenworth Street<br>San Francisco, California 94109<br>Telephone (415) 398-2434<br>Facsimile (510)588-1087<br><br>Los Angeles Office<br>1112 - 11th Street, Suite 3<br>Santa Monica, CA 90403<br>Telephone (800)945-0250 |

January 11, 2008

Hon. Magistrate Judge Joseph C. Spero
United States District Court for the
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

    RE:    <u>Cisneros vs. Sgt. Curtin, et al., #C 07 02788 (JCS)</u>
             Case Management Conference January 18, 2008 1:30 pm

Dear Magistrate Judge Spero:

    This letter is written for the purposes of seeking the Court's permission to allow my co-counsel in this matter Michael P. Guta to appear to the Case Management Conference scheduled on the above-mentioned date and time. Mr. Guta has been employed by my office for the past 20 years and is readily familiar with this action and will be prepared to answer whatever questions asked of this case. The reason that I cannot attend the conference is that I am scheduled to appear at an expert deposition in another matter for which trial is scheduled to commence on the 25th of January and I cannot re-schedule the expert deposition as I am informed that there is no other time before trial to do this deposition. I would be prepared to appear at a rescheduled Case Management Conference.

    Thank you for your courtesy.

                                                          Respectfully,

                                                           John E. Hill

JEH:jd
cc Matthew Orebic

Dated: Jan. 15, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA