# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-02788 JCS**

**CASE NAME: FRANK CISNEROS, ET AL v. SERGEANT T. CURTIN, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Jan. 18, 2008    **TIME:** 19 mins | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>John Hill | **COUNSEL FOR DEFENDANT:**<br>Matthew Orebic |

**PROCEEDINGS:**                                              **RULING:**

1. Further Case Management Conference                        Held.

**ORDERED AFTER HEARING:**

The scheduled ENE shall occur on Feb. 6, 2008, and lead trial counsel and all parties shall appear in person.
Court continued the dispositive motion hearing date, final pretrial conference and jury trial dates.
Parties shall meet-and-confer to work out extending discovery deadline dates and submit a stipulation to the Court.
Any person wishing to attend the next cmc by phone shall submit a letter to the Court with a contact phone number.

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:** 02/08/08 at 11:30 a.m., for a further case mgmt conference.

| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |

**Motions Hearing:** 2/29/8 at 9:30 a.m., continued to 3/14/8 at 1:30 p.m.

**Pretrial Conference:** 4/25/8 at 1:30 p.m., continued to 5/9/8 at 1:30 p.m.

**Trial Date: May 9, 2008 continued to May 19, 2008 at 8:30 a.m.  (X)Jury    ()Court Set for 4-5 days**.

**cc:**     **Chambers; Karen**
* (T) = Telephonic Appearance