John E. Hill (SBN 45338)
LAW OFFICES OF JOHN E. HILL
E-mail: johnhill@hill-law-offices.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs FRANK CISNEROS,
BEATRICE CISNEROS, AND KASI CISNEROS

Zach Cowan, Acting City Attorney (SBN 96372)
Matthew J. Orebic, Deputy City Attorney (SBN 124491)
E-mail: MOrebic@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6950
Facsimile: (510) 981-6960

Attorneys for Defendants SGT. T. CURTIN,
OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
DEBLASI, OFFICER F. ONCIANO AND SGT. J. LOUIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No. C07-02788 JCS |
| *Plaintiffs,* | **STIPULATION AND ORDER RE: EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES** |
| *v.* | |
| **SERGEANT T. CURTIN, DETECTIVE G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, OFFICER R. ONCIANO, and DOES 1 through 50**, | Complaint Filed: April 17, 2007<br>Removed: May 29, 2007<br>Trial Date: May 19, 2008 |
| *Defendants*. | |

## STIPULATION

Pursuant to the Court's directive at the Case Management Conference on January 18, 2008, the parties stipulate, through their respective counsel, to the following additional pre-trial dates:

1

1. April 1, 2008 - Expert disclosure;
2. April 25, 2008 – General discovery cut-off; and
3. May 2, 2008 - Expert discovery cut-off.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated:    January 22, 2008.

By /s/ _____
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN, OFFICER G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

LAW OFFICES OF JOHN E. HILL

Dated:    January 22, 2008.

By _____
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
Magistrate Judge