1  John E. Hill (SBN 45338)
   LAW OFFICES OF JOHN E. HILL
2  E-mail: johnhill@hill-law-offices.com
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 588-1087

5
   Attorneys for Plaintiffs FRANK CISNEROS,
   BEATRICE CISNEROS, AND KASI CISNEROS
6
7  Zach Cowan, Acting City Attorney (SBN 96372)
   Matthew J. Orebic, Deputy City Attorney (SBN 124491)
8  E-mail:  MOrebic@ci.berkeley.ca.us
   BERKELEY CITY ATTORNEY'S OFFICE
9  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
10 Telephone: (510) 981-6950
   Facsimile:  (510) 981-6960
11
   Attorneys for Defendants SGT. T. CURTIN,
12 OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
   DEBLASI, OFFICER F. ONCIANO AND SGT. J. LOUIS
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 | **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No.  C07-02788 JCS |
18 | | |
   | *Plaintiffs,* | **STIPULATION AND ORDER RE: EXPERT DISCLOSURE AND** |
19 | | |
   | *v.* | **DISCOVERY CUT-OFF DATES** |
20 | | |
   | **SERGEANT T. CURTIN, DETECTIVE** | |
21 | **G. PON, OFFICER J. LUNA, OFFICER** | Complaint Filed: April 17, 2007 |
   | **K. DEBLASI, OFFICER J. LOUIS,** | Removed: May 29, 2007 |
22 | **OFFICER R. ONCIANO, and DOES 1** | Trial Date: May 19, 2008 |
   | **through 50**, | |
23 | | |
   | *Defendants*. | |
24 | _____/ | |

25                              **STIPULATION**

26     Pursuant to the Court's directive at the Case Management Conference on January 18,

27 2008, the parties stipulate, through their respective counsel, to the following additional pre-trial

28 dates:

                                            1

April 1, 2008 - Expert disclosure;

April 25, 2008 – General discovery cut-off; and

May 2, 2008 - Expert discovery cut-off.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated:    January 22, 2008.    By /s/
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN, OFFICER G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

LAW OFFICES OF JOHN E. HILL

Dated:    January 22, 2008.    By _____
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    January 23, 2008

_____
JOSEPH C. SPERO
Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

---

2

STIPULATION AND ORDER RE: EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES
Case No. C07-02788 JCS