United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CISNEROS, ET AL., | No. C 07-2788 JCS |
| Plaintiff(s), | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| SERGEANT T. CURTIN, ET AL., | |
| Defendant(s). | |

Following a further case management conference held on January 18, 2008,

IT IS HEREBY ORDERED THAT:

1. The scheduled ENE shall occur as scheduled on February 8, 2008. Lead trial counsel and all parties shall appear in person.

2. A further case management conference is set for **February 8, 2008, at 11:30 a.m.** (special setting). Any person wishing to appear by phone at the case management conference shall submit a letter to the Court with a contact phone number. The Court will initiate the phone contact.

3. The dispositive motion hearing date of February 29, 2008, at 9:30 a.m., has been continued to **March 28, 2008[1], at 1:30 p.m.**

4. The final pretrial conference date of April 25, 2008, at 1:30 p.m., has been continued to **May 9, 2008, at 1:30 p.m.**

5. The jury trial date of May 9, 2008, at 8:30 a.m., has been continued to **May 19, 2008, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: January 24, 2008

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] At the case management conference, the Court set the dispositive motion hearing date for March 14, 2008. Due to scheduling with the Court's calendar, the hearing date has been changed.