JOHN E. HILL, State Bar Number 45338
LAW OFFICES OF JOHN E. HILL,
A Professional Corporation
8105 Edgewater Drive, Suite #100
Oakland, CA 94621
Telephone: (510) 588-1000
Fax: (510) 588-1087

Attorney for PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK CISNEROS, KASI CISNEROS, and BEATRICE CISNEROS,<br>    Plaintiffs,<br>vs.<br>SERGEANT T. CURTIN, DETECTIVE G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER J. LOUIS, and OFFICER F.R. ONCIANO,<br>    Defendants. | Case No. C 07-02788 JCS<br><br>APPLICATION TO PERMIT RESCHEDULING OF EARLY NEUTRAL EVALUATION |

For the reasons stated in the declaration of plaintiff Kasi Cisneros attached it is respectfully requested that the Early Neutral Evaluation scheduled in this matter for February 6, 2008 be rescheduled.

Dated: 2/4/08

JOHN E. HILL
ATTORNEY FOR PLAINTIFFS

1                                                 [PROPOSED] ORDER

2         IT IS HEREBY ORDERED that the Early Neutral Evaluation (ENE) presently scheduled

3 for February 6, 2008 at the Law Offices of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer,

4 Borges & Brothers LLP 1211 Newell Avenue, Walnut Creek, California at the hour of 10:00 am,

5 go off calendar and that it be rescheduled for a date no later than _____.

6

7         IT IS SO ORDERED

8 Dated:
                                                      _____
                                                      MAGISTRATE JUDGE JOSEPH L. SPERO

# PROOF OF SERVICE

I, Jose Duran, do hereby declare and state: I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices Of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On February 4, 2008, I served the within:

APPLICATION TO PERMIT RESCHEDULING OF EARLY NEUTRAL EVALUATION
DECLARATION OF KASI CISNEROS

by placing a true copy thereof in a sealed envelope, addressed as follows:

| MATTHEW J. OREBIC<br>Deputy City Attorney<br>2180 Milvia Street, Fourth Floor<br>Berkeley, California 94704<br>(510)981-6960 Facsimile | James V. Fitzgerald<br>McNamara, Dodge, Ney, Betty, Slattery<br>Pfalzer, Borges & Brothers LLP<br>1211 Newell Avenue, 2nd Floor<br>Walnut Creek, California 94596<br>(925) 939-0203 Facsimile |
|---|---|
|  |  |

__XX__    (By Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Oakland, California.

_____    (By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.

__XX__    (Facsimile) I caused each such document to be delivered by telecopier to the offices of each addressee above.

__XX__    (FEDERAL): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct and that was executed on February 4, 2008, at Oakland, California.

/s/ Jose Duran
Jose Duran