1  JOHN E. HILL, State Bar Number 45338
   LAW OFFICES OF JOHN E. HILL,
2  A Professional Corporation
   8105 Edgewater Drive, Suite #100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Fax: (510) 588-1087

5  Attorney for PLAINTIFFS

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10

11  _____ )    Case No.  C 07-02788 JCS
                                         )
12  FRANK CISNEROS, KASI CISNEROS,       )
    and BEATRICE CISNEROS,               )
13                      Plaintiffs,      )    DECLARATION OF KASI CISNEROS
                                         )
14  vs.                                  )
                                         )
15  SERGEANT T. CURTIN, DETECTIVE G.     )
    PON, OFFICER J. LUNA, OFFICER K.     )
16  DEBLASI, OFFICER J. LOUIS, and       )
    OFFICER F.R. ONCIANO,                )
17                      Defendants.      )
                                         )
18                                       )
                                         )
19  _____ )

20      I, KASI CISNEROS, hereby declare:

21      1. I am one of the plaintiffs in this matter. I am readily familiar with the facts stated

22  herein and if called to testify I can do so competently.

23      2. I am currently employed by Regal Entertainment Group Crow Canyon Stadium Six

24  located at 2525 San Ramon Valley Boulevard, San Ramon, California (925)820-4836 as the

25  manager of the movie theater. I have been employed there since 2000.

26      3. On February 6, 2008 the Annual General Manager's Meeting will be taking place

27  which my attendance is mandatory. This is a district wide meeting amongst the theater managers

28  which will be taking place at the Hacienda in Dublin, Ca. I am not in the capacity to postpone or

1   re-schedule this annual meeting.  The failure to attend this meeting can jeopardize my

2   employment with the theater.  I am therefore respectfully requesting that this court postpone the

3   upcoming Early Neutral Evaluation now scheduled for February 6,2008, to a later date.

4          I swear under penalty of perjury that the foregoing declaration is true and correct.

5

6   Dated:                                        _____/s/_____

7                                                KASI CISNEROS
                                                 PLAINTIFF

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28