United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CISNEROS, ET AL., | Case No. 07-02788 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING APPLICATION TO PERMIT RESCHEDULING OF EARLY NEUTRAL EVALUATION [Docket No. 31]** |
| SERGEANT T. CURTIN, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that Plaintiffs' Application to Permit Rescheduling of Early Neutral Evaluation, scheduled for February 6, 2008, is DENIED.

IT IS SO ORDERED.

Dated: February 5, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge