

Office of the City Attorney

January 29, 2008

Ms. Karen Hom, Courtroom Deputy
Magistrate Judge Joseph C. Spero
450 Golden Gate
San Francisco, CA 94102

Re:   CISNEROS, et al. v. CITY OF BERKELEY, et al.
      USDC No. C 07 02788 JCS

Dear Ms. Hom:

Pursuant to the Further Case Management and Pretrial Order of January 24, 2008, Defendants' Counsel, Matthew J. Orebic, requests a telephonic appearance for the Further Case Management Conference scheduled for **February 8, 2008 at 11:30 a.m.** Please call (510) 981-6950.

Respectfully submitted,

ZACH COWAN
Acting City Attorney

By: *[signature]*
MATTHEW J. OREBIC
Deputy City Attorney

cc:   John E. Hill, Esq.

Dated: Feb. 5, 2008



IT IS SO ORDERED
Judge Joseph C. Spero

2180 Milvia Street, Fourth Floor, Berkeley, CA 94704   Tel: 510.981.6950   TDD: 510.981.6903   Fax: 510.981.6960
E-mail: attorney@ci.berkeley.ca.us