# LAW OFFICES OF JOHN E. HILL
### A PROFESSIONAL CORPORATION

John E. Hill *
Daniel A. Stenson
Michael P. Guta
Ian M. Cooper
Mark J. Shostak
Inna Bimits
Joanne A. Helvig

Of Counsel
Melvin M. Belli (1907-1996)

*Certified Specialist: Civil Trial Advocate
Certified by National Board of Trial Advocacy
Accredited by State Bar of California

ATTORNEYS AT LAW

8105 Edgewater Drive, Suite 100
Oakland, California 94621-2017
Telephone (510) 588-1000
Facsimile (510) 588-1087
johnhill@hill-law-offices.com

San Francisco Office
747 Leavenworth Street
San Francisco, California 94109
Telephone (415) 398-2434
Facsimile (510) 588-1087

Los Angeles Office
1112 - 11th Street, Suite 3
Santa Monica, CA 90403
Telephone (800) 945-0250

February 4, 2008

Ms. Karen Hom, Courtroom Deputy
Magistrate Judge Joseph C. Spero
450 Golden Gate
San Francisco, CA. 94102

RE:  **Cisneros, et al. V. City of Berkeley, et al.**
     USDC No. C 07 02788 JCS

Dear Ms. Hom:

   Pursuant to the Further Case Management and Pretrial Order of January 24, 2008, Plaintiffs' Counsel, John E. Hill, requests a telephonic appearance for the Further Case Management Conference scheduled for February 8, 2008 at 11:30 a.m. Please call (510) 588-1000.

Respectfully submitted,

John E. Hill

cc:   Matthew Orebic