John E. Hill (SBN 45338)
LAW OFFICES OF JOHN E. HILL
E-mail: johnhill@hill-law-offices.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile:  (510) 588-1087

Attorneys for Plaintiffs FRANK CISNEROS,
BEATRICE CISNEROS, AND KASI CISNEROS

Zach Cowan, Acting City Attorney (SBN 96372)
Matthew J. Orebic, Deputy City Attorney (SBN 124491)
E-mail:  MOrebic@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6950
Facsimile:  (510) 981-6960

Attorneys for Defendants CITY OF BERKELEY
SGT. T. CURTIN, OFFICER G. PON, OFFICER J. LUNA,
OFFICER K. DEBLASI, OFFICER F. ONCIANO AND SGT. J. LOUIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No.  C07-02788 JCS |
| *Plaintiffs,* | **STIPULATION AND ORDER RE: DISMISSAL OF CERTAIN DEFENDANTS AND CERTAIN CLAIMS** |
| *v.* | |
| **SERGEANT T. CURTIN, CITY OF BERKELEY, et al.,** | |
| *Defendants.* | |

## STIPULATION

The parties stipulate, through their respective counsel, and hereby request the Court to Order that:

1.  The following individual defendants are dismissed from this lawsuit: Officer Keith DeBlasi, Sgt. Jennifer Louis (sued herein as Officer Louis), Frank Onciano (sued herein as

1  Officer Onciano), Officer Glenn Pon (sued herein as Detective Pon), and Officer Jeffrey Luna.

2      2. The following state law claims against Sgt. Thomas Curtin are dismissed:

- First Cause of Action for "Violation of Civil Rights" under state law only;
- Second Cause of Action for "Use of Excessive Force" under state law only;
- Third Cause of Action for "Assault and Battery" under state law only;
- Fourth Cause of Action for "Loss of Consortium" under state law only;
- Fifth Cause of Action for "Contemporaneous Experience of Injury to a Close Family Member" under state law only; and
- Sixth Cause of Action for "Contemporaneous Experience of Injury to a Close Family Member" under state law only.

Each side is to bear their own costs and attorney's fees in connection with this Stipulation and Order dismissing certain parties and certain claims.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated: February 7, 2008    By    /s/
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN, OFFICER G. PON, OFFICER J. LUNA, OFFICER K. DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

LAW OFFICES OF JOHN E. HILL

Dated: February 7, 2008    By    /s/
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

JOSEPH C. SPERO
Magistrate Judge