# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-02788 JCS

**CASE NAME:** FRANK CISNEROS, ET AL v. SERGEANT T. CURTIN, ET AL.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** Feb. 8, 2008   **TIME:** 9 mins | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>John Hill *(T) | **COUNSEL FOR DEFENDANT:**<br>Matthew Orebic *(T) |

**PROCEEDINGS:**                                                   **RULING:**

1. Further Case Management Conference                  Held.

---

**ORDERED AFTER HEARING:**

This case shall be re-referred back to James Fitzgerald for an emergency mediation. Parties shall contact Mr. Fitzgerald.

---

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**   2/15/08 at 1:30 p.m., for a telephonic further case mgmt conference.

---

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** | | **Pretrial Conference:** |

**Trial Date:**          at 8:30 a.m.   ( )Jury   ( )Court   Set for days.

---

**cc:**   Chambers; **Karen**, ADR
* (T) = Telephonic Appearance