**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK CISNEROS, ET AL.,                         No. C 07-2788 JCS

        Plaintiff(s),                         **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

    v.

SERGEANT T. CURTIN, ET AL.,

        Defendant(s).

_____/

    Following a further case management conference held on February 8, 2008,

IT IS HEREBY ORDERED THAT:

    1.  This case shall be re-referred to James Fitzgerald, mediator, for an emergency mediation. The parties shall contact Mr. Fitzgerald to set up a date and time.

    2.  A telephonic further case management conference is set for **February 15, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  February 12, 2008

_____

JOSEPH C. SPERO
United States Magistrate Judge