John E. Hill (SBN 45338)
LAW OFFICES OF JOHN E. HILL
E-mail: johnhill@hill-law-offices.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile:  (510) 588-1087

Attorneys for Plaintiffs
FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS

Zach Cowan, Acting City Attorney (SBN 96372)
Matthew J. Orebic, Deputy City Attorney (SBN 124491)
E-mail:  MOrebic@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6950
Facsimile:  (510) 981-6960

Attorneys for Defendants
CITY OF BERKELEY AND SGT. THOMAS CURTIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No.  C 07-02788 JCS |
| *Plaintiffs,* | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM FEBRUARY 15 TO FEBRUARY 29, 2008** |
| *v.* | |
| **SERGEANT T. CURTIN, CITY OF BERKELEY, et al.,** | |
| *Defendants.* | |

### STIPULATION

The parties stipulate, through their respective counsel, they have agreed upon a settlement in this case and therefore request the Case Management Conference set for February 15, 2008 be continued to February 29, 2008 in order to give the parties time to complete the signed

1

1 | settlement papers, and thereafter, file a stipulated dismissal.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated: February 14, 2008        By _____/s/_____
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN,
OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS


LAW OFFICES OF JOHN E. HILL

Dated: February 14, 2008        By _____/s/_____
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS,
BEATRICE CISNEROS, AND KASI CISNEROS


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
Magistrate Judge