**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Cisneros,<br><br>　　　　Plaintiff(s),<br>　　v.<br>Curtin,<br><br>　　　　Defendant(s). | No. C 07-02788 JCS MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __2/6/08__

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☒ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: __2/7/08__

_____
Mediator, James V. Fitzgerald
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer LLP
1211 Newell Avenue 2nd floor
Walnut Creek, CA 94596

**Certification of ADR Session**
07-02788 JCS MED