John E. Hill (SBN 45338)
LAW OFFICES OF JOHN E. HILL
E-mail: johnhill@hill-law-offices.com
8105 Edgewater Drive, Suite 100
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 588-1087

Attorneys for Plaintiffs
FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS

Zach Cowan, Acting City Attorney (SBN 96372)
Matthew J. Orebic, Deputy City Attorney (SBN 124491)
E-mail: MOrebic@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6950
Facsimile: (510) 981-6960

Attorneys for Defendants
CITY OF BERKELEY AND SGT. THOMAS CURTIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No. C 07-02788 JCS |
| *Plaintiffs,* | **STIPULATION AND ORDER TO DISMISS ENTIRE COMPLAINT WITH PREJUDICE** |
| *v.* | |
| **SERGEANT T. CURTIN, CITY OF BERKELEY, et al.,** | |
| *Defendants.* | |

## STIPULATION

Plaintiffs Kasi Cisneros, Beatrice Cisneros, and Frank Cisneros, through their attorney herein, John E. Hill, and defendants City of Berkeley and Sgt. Thomas Curtin, through their attorney herein, Matthew J. Orebic, stipulate that the entire Complaint is dismissed with

1 | prejudice.  Each party is to bear his/her/its own costs and attorney's fees.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated:   February 28, 2008     By _____/s/_____
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN,
OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS


LAW OFFICES OF JOHN E. HILL

Dated:   February 28, 2008     By _____/s/_____
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS,
BEATRICE CISNEROS, AND KASI CISNEROS


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
Magistrate Judge