1  John E. Hill (SBN 45338)
   LAW OFFICES OF JOHN E. HILL
2  E-mail: johnhill@hill-law-offices.com
   8105 Edgewater Drive, Suite 100
3  Oakland, CA 94621
   Telephone: (510) 588-1000
4  Facsimile:  (510) 588-1087

5  Attorneys for Plaintiffs
   FRANK CISNEROS, BEATRICE CISNEROS, AND KASI CISNEROS
6

7  Zach Cowan, Acting City Attorney (SBN 96372)
   Matthew J. Orebic, Deputy City Attorney (SBN 124491)
8  E-mail:  MOrebic@ci.berkeley.ca.us
   BERKELEY CITY ATTORNEY'S OFFICE
9  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
10 Telephone: (510) 981-6950
   Facsimile:  (510) 981-6960
11
   Attorneys for Defendants
12 CITY OF BERKELEY AND SGT. THOMAS CURTIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANK CISNEROS, BEATRICE CISNEROS, and KASI CISNEROS,** | Case No.  C 07-02788 JCS |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS ENTIRE COMPLAINT WITH PREJUDICE** |
| v. | |
| **SERGEANT T. CURTIN, CITY OF BERKELEY, et al.,** | |
| Defendants. | |

**STIPULATION**

Plaintiffs Kasi Cisneros, Beatrice Cisneros, and Frank Cisneros, through their attorney herein, John E. Hill, and defendants City of Berkeley and Sgt. Thomas Curtin, through their attorney herein, Matthew J. Orebic, stipulate that the entire Complaint is dismissed with

1  prejudice. Each party is to bear his/her/its own costs and attorney's fees.

ZACH COWAN, ACTING CITY ATTORNEY
MATTHEW J. OREBIC, DEPUTY CITY ATTORNEY

Dated: February 28, 2008        By _____/s/_____
Matthew J. Orebic
Attorney for Defendants SGT. T. CURTIN,
OFFICER G. PON, OFFICER J. LUNA, OFFICER K.
DEBLASI, OFFICER F. ONCIANO, AND SGT. J. LOUIS

LAW OFFICES OF JOHN E. HILL

Dated: February 28, 2008        By _____/s/_____
John E. Hill
Counsel for Plaintiffs FRANK CISNEROS,
BEATRICE CISNEROS, AND KASI CISNEROS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Feb. 28, 2008

_____
JOSEPH C. SPERO
Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

2
STIP AND ORDER RE: DISMISSAL OF ENTIRE COMPLAINT
Case No. C 07-02788 JCS